# United States Court of Appeals for the Federal Circuit

---

**UNITED STATES,**

*Plaintiff-Appellant*

v.

**KATANA RACING, INC., DBA WHEEL & TIRE DISTRIBUTORS,**

*Defendant-Appellee*

---

2022-1832

---

Appeal from the United States Court of International Trade in No. 1:19-cv-00125-TJA, Senior Judge Thomas J. Aquilino, Jr.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered August 3, 2023, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

September 25, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court